LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC          **ECF CASE**

                Plaintiff,

- against -                                                              07 Civ.9353 (PAC)

CLEOPATRA NAVIGATION CO. LTD., and
SPHINX SHIPPING AGENCY,

                Defendants.
-----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: October 17, 2007

                                              LYONS & FLOOD, LLP
                                              Attorneys for Plaintiff
                                              AMERICAN STEAMSHIP OWNERS
                                              MUTUAL PROTECTION AND INDEMNITY
                                              ASSOCIATION, INC.

- 2 -

By: _____
Edward P. Flood (EPF-5797)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmhldocs\2600023\Pleadings\Rule 7.1-.doc