JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 9353

--------------------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

                                        Plaintiff,

        - against -

CLEOPATRA NAVIGATION CO LTD., and
SPHINX SHIPPING AGENCY,

                                        Defendants.
--------------------------------------------------------------------X

ECF CASE

USDC SDNY
DOCUMENT
07 Ci ELECTRONICALLY FILED
DOC #:
DATE FILED: _10-19-07_

**ORDER APPOINTING PERSON TO SERVE PROCESS**

        Upon motion of plaintiff for an order appointing Gotham Process Services, 299

Broadway, New York, New York 10007, or its designate, or any employee or agent of Lyons &

Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and

Garnishment, and other process in this action, and it appearing that an employee or designate of

Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18

years of age, and is not a party to this action, and that the expediting of the service of process

will result from such appointment,

        IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York

10007, or its designate or an employee or agent of Lyons & Flood, LLP, be and is hereby

appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and

Garnishment, and other process in this action.

Dated: New York, New York
        October _19_, 2007

                                SO ORDERED:

U.S.D.J.

Part I