```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,
                              Plaintiff,         07 CIV  9353 (PAC)

          -against-                              RULE 7.1 STATEMENT

and SPHINX SHIPPING AGENCY,
CLEOPATRA NAVIGATION CO. LTD.,

                              Defendants.
------------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, attorneys of record for defendant, SPHINX SHIPPING AGENCY, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of SPHINX SHIPPING AGENCY.

Dated: New York, N.Y.
       February 8, 2006

_____
EDWARD A. KEANE (EK 1398)