```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL           07 CIV  9353 (PAC)
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,
                                           NOTICE OF CHANGE OF
                                                 ADDRESS
                 Plaintiff,

       -against-

CLEOPATRA NAVIGATION CO. LTD.
and SPHINX SHIPPING AGENCY,


                 Defendants.
-------------------------------------X
```

PLEASE BE ADVISED that MAHONEY & KEANE, LLP counsel for the defendant SPHINX SHIPPING AGENCY have relocated their offices to:

> 11 Hanover Square, 10th Floor
> New York, N.Y. 10005
> Telephone No. (212) 385-1422
> Facsimile No. (212) 385-1605

Dated:  New York, New York
        July 8, 2008

>>MAHONEY & KEANE, LLP
>>Attorneys for Defendant
>>SPHINX SHIPPING AGENCY
>>
>>By: _____
>>Edward A. Keane (EAK 1398)
>>11 Hanover Square, 10th Floor
>>New York, New York 10005
>>(212) 385-1422
>>File # 12/3493/B